UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SNAKE RIVER WATERKEEPER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.,<br><br>　　　　　　Defendants. | Case No. 3:21-cv-00101-DCN<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41** |

The Court, having considered the Joint Motion for Dismissal Without Prejudice ("Joint Motion"), and for good cause shown, hereby GRANTS the Joint Motion. Dkt. 24.

Accordingly, IT IS HEREBY ORDERED that:

(1) Subject to and in accordance with the terms and conditions of the Settlement Agreement attached hereto, this case is dismissed without prejudice; and

(2) Subject to and in accordance with Section V, paragraph 10(b) of the above-referenced Settlement Agreement, this Court shall retain jurisdiction over this case for the purpose of resolving those disputes for which Plaintiff Snake River Waterkeeper or Defendants, the United States Army Corps of Engineers and its Commanding General and Chief of Engineers, may petition the Court. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994).

DATED: September 21, 2021

David C. Nye
Chief U.S. District Court Judge

ORDER OF DISMISSAL - 1